**Order entered April 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00201-CV

## KIMBERLY GOMEZ, Appellant

### V.

## SHAHRAM N. SANI, M.D., ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17417

## ORDER

By letter dated March 27, 2020, we directed Dallas County District Clerk Felicia Pitre to file either a supplemental clerk's record containing a copy of the trial court's order nonsuiting appellant's claims against Texas Physicians Associates, PLLC and EmCare-DTX Emergency Physicians, PLLC or written verification the order could not be located or did not exist. Although we directed the record or written verification be filed no later than April 7, 2020, neither has been filed.

Because the Court cannot determine its jurisdiction on the record before it, we **ORDER** Ms. Pitre to file the requested record or verification **no later than May 1, 2020**. Until the Court determines its jurisdiction, appellant's brief on the merits need not be filed. The Court will set a new deadline for the brief should it determine it has jurisdiction. Should it determine jurisdiction appears lacking, the Court will request the parties to address the Court's concern by letter.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    KEN MOLBERG
       JUSTICE